**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Edward Day, on behalf of himself and all others similarly situated, v. Blitt and Gaines, P.C., IDT Carmel, Inc., and John Doe I | **08 C 630** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Edward Day

**JUDGE HIBBLER**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
|---|
| O. RANDOLPH BRAGG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ O. Randolph Bragg |
| FIRM |
| HORWITZ, HORWITZ & ASSOCIATES, LTD. |
| STREET ADDRESS |
| 25 EAST WASHINGTON STREET, SUITE 900 |
| CITY/STATE/ZIP |
| CHICAGO   IL   60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6221983 | (312) 372-8822 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐