# Affidavit of Process Server

__Edward Day__ vs __Blitt & Gaines et al.__   __08C630__
PLAINTIFF/PETITIONER     DEFENDANT/RESPONDENT     CASE #

Being duly sworn, on my oath, I _Mick Horwitz_
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Blitt and Gaines PC_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ _Summons and Complaint_

by serving (NAME) _Receptionist Erica Dullard who stated she was authorized To Receive Service_

at  ☐ Home _____
☒ Business _661 Glenn, Wheeling_
☒ on (DATE) _2/4/08_ at (TIME) _9:15 AM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

## Manner of Service:
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Receptionist Erica Dullard, authorized To Receive Service_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____,
                                                DATE  TIME       DATE  TIME
( )_____, ( )_____, ( )_____
   DATE  TIME      DATE  TIME      DATE  TIME

**Description:**
- ☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
- ☒ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☒ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
- ☐ Yellow Skin  ☐ Blond Hair  ☐ 36-50 Yrs.  ☒ 5'4"-5'8"  ☐ 131-160 Lbs.
- ☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☒ 161-200 Lbs.
- ☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☒ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this _5_ day of _February_, 20_08_

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

SERVED BY
LASALLE PROCESS SERVERS

_Horwitz_

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EDWARD DAY, on behalf of himself and all other similarly situated

V.

BLITT AND GAINES, P.C., IDT CARMEL, INC., and JOHN DOE I

CASE NUMBER: **08 C 630**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Blitt and Gaines, P.C.
c/o Fred N Blitt (Registered Agent of Blitt and Gaines, P.C.)
318 W Adams St Ste 1600
Chicago   IL   60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig M. Shapiro
Horwitz, Horwitz & Associates, Ltd.
25 E Washington St Ste 900
Chicago IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**January 29, 2008**
_____
Date