UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, on behalf of himself And all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLITT AND GAINES, P.C., IDT CARMEL, INC., and FRED BLITT,<br><br>Defendants. | Case No. 1:08-cv-00630<br><br>Judge Hibbler<br><br>Magistrate Judge Denlow |

**JOINT STIPULATION FOR EXTENSION OF TIME
TO RESPONSD TO FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff, Edward Day, and Defendants, Blitt and Gaines, P.C. and Fred Blitt, through counsel, and pursuant to this Stipulation state that Plaintiff has agreed to grant Defendants Blitt and Gaines, P.C. and Fred Blitt additional time to respond to the First Amended Class Action Complaint. The parties stipulate that the time within which Defendants Blitt and Gaines, P.C. and Fred Blitt may respond to the First Amended Class Action Complaint is hereby extended to on or before March 17, 2008.

/s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street Suite 900
Chicago, Illinois 60602
PH:  (312) 372-8822
FX:  (312) 372-1673

Attorneys for Plaintiff

/s/ Shannon M. Geier
Shannon M. Geier
Sessions, Fishman, Nathan & Israel, L.L.P.
1000 Skokie Boulevard, Suite 430
Wilmette, IL  60091
PH:  847-853-6100
FX:  847-853-6105

Attorneys for Blitt & Gaines, P.C. and Fred Blitt

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, on behalf of himself And all others similarly situated, </br></br>Plaintiff, </br></br>v. </br></br>BLITT AND GAINES, P.C., IDT CARMEL, INC., and FRED BLITT, </br></br>Defendants. | Case No. 1:08-cv-00630 </br></br>Judge Hibbler </br></br>Magistrate Judge Denlow |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2008, a copy of the foregoing **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPONSD TO FIRST AMENDED CLASS ACTION COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Craig M. Shapiro
    O. Randolph Bragg
    HORWITZ, HORWITZ & ASSOCIATES, LTD.
    25 East Washington Street Suite 900
    Chicago, Illinois 60602

                                        /s/ Shannon M. Geier
                                        Shannon M. Geier
                                        Attorney for Defendants Blitt & Gaines and Fred Blitt