**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 630 |

Edward Day, on behalf of himself and all others similarly situated,
Plaintiff,

v.

Blitt & Gaines, P.C., et al.
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, IDT Carmel, Inc.

| |
|---|
| NAME (Type or print) <br> Stephen D. Vernon |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Stephen D. Vernon |
| FIRM Hinshaw & Culbertson LLP |
| STREET ADDRESS 222 N. LaSalle #300 |
| CITY/STATE/ZIP Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288676 | TELEPHONE NUMBER <br> 312-704-3000 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | NO | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐