IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, on behalf of himself and all others  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> vs.  )  <br>  )  <br> BLITT & GAINES, P.C. et. al.,  )  <br>  )  <br>  )  <br> Defendants.  )  | Case No.  08-CV-630  <br><br> Judge Hibbler |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, IDT CARMEL, INC., by one of their attorneys, Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b)(2), respectfully request that this Court grant them a 12-day enlargement of time to file a responsive pleading to Plaintiff's Amended Complaint, and in support thereof, state as follows:

1. Plaintiff's Amended Complaint purports to state a class action claim under the Fair Debt Collection Practices Act against Defendants.

2. Defense counsel was recently retained by IDT Carmel, Inc. and has filed an Appearance.

3. Defense counsel has been diligently investigating the allegations of Plaintiff's Amended Complaint.

4. Defendant's responsive pleading was due on February 27, 2008. Defendant failed to file a responsive pleading by that date because it was investigating the allegations of Plaintiff's Amended Complaint and selecting the appropriate counsel to represent it in this matter. Defendant did not retain counsel until after February 27, 2008. Thus, its failure to file a responsive pleading by February 27, 2008 was as a result of excusable neglect.

5. Defendant hereby requests an additional 12 days from March 5, 2008 to answer or otherwise respond to Plaintiff's Amended Complaint, up to and including March 17, 2008.

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

7. Defense counsel has not had an opportunity to contact Plaintiff's counsel regarding this motion and as such, has not yet determined whether Plaintiff has an objection to the extension.

WHEREFORE, Defendant, IDT CARMEL, INC., respectfully requests that this Court grant it a 12-day enlargement of time, up to and including March 17, 2008, to file a responsive pleading to the Plaintiff's Amended Complaint.

       Respectfully submitted,

       By: s/Stephen D. Vernon
        One of the Attorneys for Defendant,

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois  60601
312-704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

2