IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD DAY, on behalf of himself and all others | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08-CV-630 |
| BLITT & GAINES, P.C. et. al., | ) ) ) | Judge Hibbler |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   See attached service list

LEASE TAKE NOTICE that on Tuesday, March 11, 2008 at 9:30 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge William J. Hibbler, or any judge sitting in his stead, in Courtroom 1225 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion For An Enlargement of Time, a copy of which are hereby served upon you.

Respectfully submitted,

IDT CARMEL, INC.


By: s/*Stephen D. Vernon*
   One of Its Attorneys


David M. Schultz
Stephen D. Vernon
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record on March 5, 2008.

By: s/*Stephen D. Vernon*

| |
|---|
| Craig M. Shapiro (craig@horwitzlaw.com) <br> O. Randolph Bragg (rand@horwitzlaw.com) <br> Horwitz, Horwitz & Associates, Ltd. <br> 25 East Washington Street <br> Suite 900 <br> Chicago, IL 60602 <br> (312)372-8822 <br><br> David Israel <br> Email: disrael@sessions-law.biz <br> James Kelvin Schultz <br> Email: jschultz@sessions-law.biz <br> Shannon M Geier <br> Email: sgeier@sessions-law.biz <br> Sessions, Fishman & Nathan of Illinois, LLC <br> 1000 Skokie Boulevard <br> #430 <br> Wilmette, IL 60091 <br> 847.853.6100 <br> Fax: 847.853.6105 |