## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case  08 CV 630

Edward Day, on behalf of himself and all others
similarly situated,

Plaintiff,

v.

Blitt & Gaines, P.C., et al.

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, IDT Carmel, Inc.

| | |
|---|---|
| SIGNATURE  s/ David M. Schultz | |
| FIRM  HINSHAW & CULBERTSON LLP | |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois  60601-1081 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>(312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒        NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐        NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒        NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐        APPOINTED COUNSEL  ☐ | |