# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 630 | **DATE** | 3/11/2008 |
| **CASE TITLE** | Day, etc. vs. Blitt & Gaines, et al. | | |

**DOCKET ENTRY TEXT**

Defendant IDT Carmel, Inc.'s motion for enlargement of time until 3/17/08 to answer or otherwise plead is granted. Status hearing date of 4/2/08 to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|