## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EDWARD DAY, on behalf of himself
And all others similarly situated,

                Plaintiff,           Civil Action No. 1:08-cv-00630

v.                             Judge Hibbler

BLITT AND GAINES, P.C.,       Magistrate Judge Denlow
IDT CARMEL, INC., and FRED BLITT,

                Defendants.

### NOTICE OF PENDING SETTLEMENT

Plaintiff, Edward Day, and Defendants, Blitt and Gaines, P.C. and Fred Blitt (the "Blitt Defendants"), through counsel, have agreed to a settlement in principal of this matter, and are currently negotiating and preparing the necessary documents to finalize their agreement.

WHEREFORE, the Blitt Defendants respectfully request that the Court stay all pending deadlines, including the March 17, 2008 deadline for Blitt Defendants' responsive pleading, pending final settlement of this matter.

                Respectfully submitted,

                */s/ James K. Schultz*
                James K. Schultz
                Sessions, Fishman, Nathan & Israel, L.L.P.
                1000 Skokie Boulevard, Suite 430
                Wilmette, IL  60091
                PH:   847-853-6100
                FX:   847-853-6105
                jschultz@sessions-law.biz

## CERTIFICATE OF SERVICE

I certify that on this 13th day of March, 2008, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Craig M. Shapiro
O. Randolph Bragg
Horwitz, Horwitz & Associates, Ltd.
25 East Washington Street, Suite 900
Chicago, IL  60602


/s/ James K. Schultz
Attorney for Defendants

N:\Blitt & Gaines (8898)\Day, Edward (8898-08-22439)\Pleadings\Notice of Pending Settlement.doc