IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD DAY, on behalf of himself and all others similarly situated, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | Civil Action No. 08-cv-630 |
| v. | Judge Hibbler |
| BLITT AND GAINES, P.C., IDT CARMEL, INC., and FRED BLITT, | Magistrate Judge Denlow |
| Defendants. | JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Edward Day hereby dismisses his individual claims against Defendant IDT Carmel, Inc. with prejudice and his class claims against Defendant IDT Carmel, Inc. without prejudice and states the following in support:

1. Plaintiff filed his Complaint on January 29, 2008. (Docket # 1).
2. Defendant IDT Carmel, Inc. has not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Edward Day hereby dismisses his individual claims against Defendant IDT Carmel, Inc. with prejudice and his class claims against Defendant IDT Carmel, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i),

Dated: March 13, 2008

       s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (FAX)

ATTORNEYS FOR PLAINTIFF EDWARD DAY