# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 630 | **DATE** | 3/20/2008 |
| **CASE TITLE** | EDWARD DAY, etc. vs. BLITT AND GAINES, P.C., et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the notice of voluntary dismissal, this case is dismissed as to defendant IDT Carmel, Inc. with prejudice as to individual claims and dismissed without prejudice as to class claims. The date for filing any responsive pleading as to Blitt defendants is stayed pending resolution of settlement negotiations. Status hearing date of 4/2/08 at 9:30 a.m. to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|