IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| EDWARD DAY, on behalf of himself and all others similarly situated, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | Civil Action No. 08-cv-630 |
| v. | Judge Hibbler |
| BLITT AND GAINES, P.C., IDT CARMEL, INC., and FRED BLITT, | Magistrate Judge Denlow |
| Defendants. | JURY TRIAL DEMANDED |

_____

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Edward Day hereby dismisses his individual claims against Defendants Blitt and Gaines, P.C. and Fred Blitt with prejudice and his class claims against Defendants Blitt and Gaines, P.C. and Fred Blitt without prejudice and states the following in support:

1. Plaintiff filed his Complaint on January 29, 2008. (Docket # 1).
2. Defendants Blitt and Gaines, P.C. and Fred Blitt have not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Edward Day hereby dismisses his individual claims against Defendants Blitt and Gaines, P.C. and Fred Blitt with prejudice and his class claims against Defendants Blitt and Gaines, P.C. and Fred Blitt without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i),

Dated: April 1, 2008

                                         s/ Craig M. Shapiro
                                         Craig M. Shapiro
                                         O. Randolph Bragg
                                         HORWITZ, HORWITZ & ASSOCIATES, LTD..
                                         25 East Washington Street Suite 900
                                         Chicago, Illinois 60602
                                         (312) 372-8822
                                         (312) 372-1673  (FAX)

                                         ATTORNEYS FOR PLAINTIFF EDWARD DAY