# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Edward Day

                 Plaintiff,

v.                                                Case No.: 1:08−cv−00630
                                                   Honorable William J. Hibbler

Blitt and Gaines, P.C., et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Status hearing reset for 4/16/2008 at 09:30 AM for report on settlement. Parties to advise the Court if the matter is resolved prior to the next court date. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.