**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Edward Day
                         Plaintiff,

v.
                                             Case No.: 1:08−cv−00630
                                             Honorable William J. Hibbler

Blitt and Gaines, P.C., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler: Pursuant to the notice of voluntary dismissal, this case is dismissed as to remaining defendant Blitt and Gaines, P.C. and Fred Blitt with prejudice as to individual claims and dismissed without prejudice as to class claims. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.